**Order entered October 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00132-CV

### IN THE INTEREST OF C.D.G., A.D.G. AND L.M.G., CHILDREN

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-55585-2013**

## ORDER

Before the Court is appellee's October 6, 2021 unopposed second motion to extend time to file his brief. We **GRANT** the motion and extend the time to **November 5, 2021**. We caution appellant that further requests for extension will be disfavored.

/s/  CRAIG SMITH
JUSTICE